IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ME2 Productions, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Does 1–15, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in EB69, <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No.  4:17-cv-143 <br><br> Jury |

## PLAINTIFF ME2 PRODUCTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

ME2 Productions, Inc., is completely owned by A&T IP, Inc. and no publicly held corporation owns 10% or more of its stock.

Dated:  January 17, 2017            Respectfully submitted,

                                                  s/ Gary J. Fischman
                                                Gary J. Fischman – Attorney in Charge

                                                Tex. State Bar No. 787469
                                                S.D. Tex. Bar No. 17126

                                                FISCHMAN LAW PLLC
                                                710 N. Post Oak Rd. Suite 105
                                                Houston, TX 77024–3808
                                                Tel: 713.900.4924
                                                fischman@fischmaniplaw.com

                                                Attorney for Plaintiff