United States District Court
Southern District of Texas
**ENTERED**
January 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ME2 Productions, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Does 1–15, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in EB69, <br><br> *Defendants*. | Case No.   4:17-cv-00143 <br><br> Jury |

### ORDER RE PLAINTIFF ME2 PRODUCTIONS, INC.'S *EX PARTE* MOTION TO TAKE PRE-26(F) CONFERENCE DISCOVERY OF THIRD-PARTY INTERNET SERVICE PROVIDER

THIS CAUSE came before the Court upon plaintiff ME2 Productions, Inc.'s ("ME2's") *ex parte* motion to take pre-26(f) conference discovery of internet service provider Comcast Communications Management, L.L.C. ("Comcast"). ("Plaintiff's Motion.") The Court concludes that Plaintiff's Motion and supporting exhibits establish good cause for the expedited and limited discovery requested.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion [Doc. # 5] is **GRANTED**. It is therefore

**FURTHER ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 45, ME2 may serve a subpoena on ISP Comcast for information concerning each of the

subscribers whom Comcast assigned the IP addresses referenced in Exhibit 2 of Plaintiff's Motion.

2. Along with the subpoena, Plaintiff must serve Comcast with a copy of this Order and a copy of Plaintiff's Motion, including all exhibits.

3. Comcast must supply Plaintiff with the name, mailing addresses, email addresses and telephone numbers of each subscriber whom Comcast assigned the IP addresses referenced in Exhibit 2 of Plaintiff's Motion.

4. If Comcast or any subscriber who is assigned an IP address listed in Exhibit 2 of Plaintiff's Motion declines to comply with a subpoena issued pursuant to this Order, the objector must file a motion to quash before the return date of the subpoena, which will be at least 30 days from the date of service.

5. If Comcast receives a subpoena, it must preserve all subpoenaed information pending the resolution of a timely-filed motion to quash.

6. Any information disclosed to plaintiff in response to a subpoena may be used by plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in the Complaint in this case.

7. Plaintiff must reimburse Comcast for reasonable costs incurred in producing the material requested in the subpoena, provided that Comcast must provide Plaintiff a detailed invoice setting out the work performed.

Signed at Houston, Texas this <u>19th</u> day of <u>January</u>, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE